

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Joshua Jacobs, Appellant

No. 06-16-00008-CR     v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 14F1096-102). Opinion on Second Remand delivered by Justice Moseley,* Chief Justice Morriss and Justice Burgess participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Joshua Jacobs, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 27, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk